IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | |
|---|---|
| JOHN CHARLES DIGIACOMO, | : |
| Plaintiff, | : |
| v. | : CIVIL ACTION NO. |
| | : 2:12-CV-0118-RWS |
| RANDY SHIRLEY, *et al.*, | : |
| Defendants. | : |

## ORDER

This case is before the Court for consideration of the Report and Recommendation [17] of Magistrate Judge J. Clay Fuller. After reviewing the Report and Recommendation, it is received with approval and adopted as the Opinion and Order of this Court. Accordingly, this action is hereby **DISMISSED**, **WITHOUT PREJUDICE** due to Plaintiff's failure to obey a lawful order of this Court. The Clerk shall close the case.

**SO ORDERED**, this   24th   day of June, 2013.

_____
**RICHARD W. STORY**
United States District Judge

AO 72A
(Rev.8/82)